UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 27342
SCOTT CHARLES OCONNOR
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR


          Debtor
     SSN XXX-XX-7699


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 10/12/08 .

     2.   The case was converted to Chapter 7 without confirmation, 01/26/2009.

     3.   The Debtor paid a total of $    791.54 .

     4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | .00 | .00 | 749.59 |
| BANK OF AMERICA | SECURED | .00 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | .00 | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 749.59 | .00 | .00 | .00 | 749.59 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 749.59 | .00 | .00 | .00 | 749.59 |

The Debtor's attorney, STATELINE LEGAL                , was allowed $    .00
and was paid $     .00 .

The Trustee received $    41.95 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 02/18/09                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
          CASE NO. 08 B 27342 SCOTT CHARLES OCONNOR